GUNLACH, Respondent, v. TURNER et al., Appellants.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Ernest Gunlach against Henry H. Turner and others.
No opinion.   Order appealed from affirmed, with $10 costs and disbursements.

---

HOWE, Respondent, v. BELL et al., Appellants.

BELL et al., Appellants, v. HOWE, Respondent.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Actions by John H. Howe against Frederick A. Bell, executor, etc., and others, and by Frederick A. Bell, executor, etc., and others, against John H. Howe.
No opinion.   Motion in each case for a reargument denied.   See 19 N. Y. Supp. 569.

---

HYATT, Respondent, v. NEW YORK, L. E. & W. R. Co., Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by John Hyatt against the New York, Lake Erie & Western Railroad Company.
No opinion.   Motion to amend memorandum of decision and for leave to appeal to the court of appeals denied.   See 19 N. Y. Supp. 461.

---

LANGWORTHY, Respondent, v. VILLAGE OF OLEAN, Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Rosabel Langworthy against the village of Olean.
No opinion.   Judgment and order appealed from affirmed.

---

In re SPOONER'S ESTATE.

In re McDOUGALL et al.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

In the matter of the judicial settlement of the accounts of Jane A. McDougall, deceased, and Shirley E. Brown, as administrators, etc., of John McDougall, deceased, executors of the last will of Dau E. Spooner, deceased.
No opinion.   Decree of the surrogate of Steuben county affirmed, with costs to the respondent Cornelia Spooner, payable out of the estate.

---

NOBLE, Appellant, v. MASSACHUSETTS BEN. ASS'N, Respondent.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Libbie M. Noble against the Massachusetts Benefit Association.
No opinion.   Order appealed from affirmed, with $10 costs and disbursements of this appeal.

---

PARK, Respondent, v. AYRAULT, Appellant.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by Nehemiah Park against Lyman Ayrault.
No opinion.   Judgment appealed from affirmed.

---

ROCHESTER RY. CO., Appellant, v. FULLER, Respondent.

(Supreme Court, General Term, Fifth Department.   October, 1892.)

Action by the Rochester Railway Company against William Fuller.
No opinion.   Order appealed from affirmed, with costs.